IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEFANIE LEE,                    )
                                 )
    Plaintiff,                   )
                                 )         CIVIL ACTION NO.
    v.                           )          2:12cv943-MHT
                                 )               (WO)
HWASHIN AMERICA CORPORATION,)
                                 )
    Defendant.                   )

## JUDGMENT

In accordance with the joint stipulation of dismissal (doc. no. 10), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of March, 2013.


　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE